# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Daniel R. Whitman, Senior Counsel at the New York City Law Department, on behalf of the Board of Education Retirement System of the City of New York ("BERS"), with authority to bind BERS and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Coupang, Inc. ("Coupang" or the "Company") and authorize the filing of a motion on behalf of BERS for appointment as lead plaintiff.

3.      BERS did not purchase or acquire Coupang securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      BERS is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Coupang securities pursuant and/or traceable to the Company's initial public offering ("IPO") and/or during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the transactions listed in Schedule A reflect all of BERS's transactions in Coupang securities pursuant and/or traceable to the IPO and during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, BERS served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Crews v. Rivian Automotive, Inc. et al.*, 2:22-cv-1524 (C.D. Cal.).

7.      BERS agrees not to accept any payment for serving as a representative party on

behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed ___10/20/2022___
**(Date)**

___Daniel R. Whitman___
**(Signature)**

**Daniel R. Whitman**
*Senior Counsel*
**New York City Law Department**

**Coupang, Inc. (CPNG)**       **Board of Education Retirement System of the City of New York**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 7/13/2021 | 1,887 | $44.4500 |
| Purchase | 7/13/2021 | 99 | $44.4727 |
| Purchase | 7/13/2021 | 438 | $44.3967 |
| Purchase | 7/13/2021 | 7,118 | $44.4789 |
| Purchase | 8/12/2021 | 1,972 | $34.5310 |
| Purchase | 8/12/2021 | 130 | $34.6050 |
| Purchase | 8/13/2021 | 429 | $33.5000 |
| Purchase | 8/13/2021 | 11,493 | $33.5000 |
| Purchase | 8/13/2021 | 645 | $35.8602 |
| Purchase | 8/13/2021 | 2,847 | $35.1134 |
| Purchase | 9/3/2021 | 65 | $29.5249 |
| Purchase | 9/3/2021 | 1,476 | $29.4363 |
| Purchase | 9/7/2021 | 1,163 | $32.0469 |
| Purchase | 9/7/2021 | 1,018 | $31.9270 |
| Purchase | 9/7/2021 | 2,492 | $31.7709 |
| Purchase | 9/8/2021 | 2,403 | $31.6698 |
| Purchase | 9/14/2021 | 2,135 | $29.7555 |
| Purchase | 9/14/2021 | 319 | $29.7122 |
| Purchase | 9/14/2021 | 28 | $29.8195 |
| Purchase | 9/14/2021 | 1,965 | $29.7039 |
| Purchase | 9/14/2021 | 34,693 | $29.8500 |
| Purchase | 9/14/2021 | 369 | $29.8473 |
| Purchase | 9/14/2021 | 2,931 | $29.7119 |
| Purchase | 9/14/2021 | 86 | $29.7000 |
| Purchase | 9/15/2021 | 696 | $29.4298 |
| Purchase | 9/15/2021 | 1,560 | $29.3537 |
| Purchase | 12/6/2021 | 308 | $25.8778 |
| Purchase | 12/6/2021 | 940 | $26.0700 |
| Purchase | 12/6/2021 | 366 | $25.8750 |
| Purchase | 12/6/2021 | 52 | $25.7850 |
| Purchase | 12/6/2021 | 570 | $25.8301 |
| Purchase | 12/7/2021 | 104 | $27.5150 |
| Purchase | 12/7/2021 | 1,104 | $27.5586 |
| Purchase | 12/7/2021 | 52 | $26.2500 |
| Purchase | 12/7/2021 | 1,054 | $27.5303 |
| Purchase | 12/7/2021 | 1,339 | $27.5300 |
| Purchase | 12/7/2021 | 13 | $26.3354 |
| Purchase | 12/7/2021 | 52 | $27.5700 |
| Purchase | 12/7/2021 | 313 | $26.9569 |
| Purchase | 12/8/2021 | 412 | $27.7788 |
| Purchase | 12/8/2021 | 182 | $27.5345 |
| Purchase | 12/8/2021 | 209 | $28.0500 |
| Purchase | 12/8/2021 | 767 | $27.5686 |
| Purchase | 12/8/2021 | 520 | $27.8150 |
| Purchase | 12/9/2021 | 63 | $28.1500 |
| Purchase | 12/9/2021 | 1,049 | $28.0044 |
| Purchase | 12/9/2021 | 209 | $27.7850 |
| Purchase | 12/9/2021 | 421 | $28.2997 |
| Purchase | 12/9/2021 | 22 | $27.7050 |
| Purchase | 12/9/2021 | 726 | $27.9469 |

**Coupang, Inc. (CPNG)**  **Board of Education Retirement System of the City of New York**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/10/2021 | 959 | $27.2555 |
| Purchase | 12/10/2021 | 261 | $26.6725 |
| Purchase | 12/10/2021 | 31 | $27.2600 |
| Purchase | 12/10/2021 | 160 | $26.8314 |
| Purchase | 12/10/2021 | 937 | $26.7884 |
| Purchase | 12/10/2021 | 637 | $27.0000 |
| Purchase | 12/10/2021 | 566 | $26.9382 |
| Purchase | 12/13/2021 | 1,567 | $26.8863 |
| Purchase | 12/14/2021 | 252 | $27.5038 |
| Purchase | 12/14/2021 | 627 | $27.5846 |
| Purchase | 12/14/2021 | 607 | $27.4492 |
| Purchase | 12/14/2021 | 872 | $27.1387 |
| Purchase | 12/14/2021 | 106 | $27.3600 |
| Purchase | 12/14/2021 | 104 | $27.0800 |
| Purchase | 12/14/2021 | 499 | $27.4827 |
| Purchase | 12/15/2021 | 4,246 | $26.4361 |
| Purchase | 1/10/2022 | 2,600 | $23.4685 |
| Purchase | 1/10/2022 | 227 | $23.8161 |
| Purchase | 1/11/2022 | 952 | $24.8845 |
| Purchase | 1/11/2022 | 612 | $24.6697 |
| Purchase | 1/11/2022 | 729 | $25.0364 |
| Purchase | 1/11/2022 | 67 | $24.8050 |
| Purchase | 1/25/2022 | 1,460 | $18.6781 |
| Purchase | 1/26/2022 | 637 | $18.7552 |
| Purchase | 1/26/2022 | 488 | $18.8837 |
| Purchase | 1/26/2022 | 2,099 | $18.8036 |
| Purchase | 1/26/2022 | 746 | $18.9332 |
| Purchase | 1/26/2022 | 466 | $18.8729 |
| Purchase | 1/26/2022 | 225 | $18.9514 |
| Purchase | 1/27/2022 | 338 | $18.9839 |
| Purchase | 1/27/2022 | 2,701 | $18.9477 |
| Purchase | 1/27/2022 | 748 | $18.8755 |
| Purchase | 1/27/2022 | 790 | $18.9710 |
| Purchase | 1/27/2022 | 84 | $18.9428 |
| Purchase | 1/27/2022 | 110 | $18.8200 |
| Purchase | 2/9/2022 | 204 | $22.3950 |
| Purchase | 2/9/2022 | 426 | $22.4134 |
| Purchase | 2/10/2022 | 234 | $22.6000 |
| Purchase | 2/10/2022 | 3,275 | $23.1748 |
| Purchase | 2/10/2022 | 148 | $23.1487 |
| Purchase | 2/10/2022 | 1,253 | $23.1900 |
| Purchase | 2/10/2022 | 1,568 | $23.0370 |
| Purchase | 2/10/2022 | 4,336 | $22.9185 |
| Purchase | 2/11/2022 | 40 | $23.1286 |
| Purchase | 2/11/2022 | 69 | $22.6968 |
| Purchase | 2/11/2022 | 440 | $23.4094 |
| Purchase | 2/11/2022 | 10 | $23.5250 |
| Purchase | 2/11/2022 | 1,293 | $22.6504 |
| Purchase | 2/11/2022 | 5 | $23.4040 |
| Purchase | 2/14/2022 | 23 | $22.9650 |

**Coupang, Inc. (CPNG)**   **Board of Education Retirement System of the City of New York**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/14/2022 | 49 | $22.4150 |
| Purchase | 2/14/2022 | 272 | $22.6938 |
| Purchase | 2/14/2022 | 70 | $22.9099 |
| Purchase | 2/15/2022 | 45 | $23.2206 |
| Purchase | 2/15/2022 | 32 | $23.5497 |
| Purchase | 2/15/2022 | 245 | $23.4650 |
| Purchase | 2/15/2022 | 103 | $23.4973 |
| Purchase | 2/15/2022 | 59 | $23.3719 |
| Purchase | 2/15/2022 | 21 | $23.4450 |
| Purchase | 2/15/2022 | 179 | $23.3793 |
| Purchase | 2/16/2022 | 121 | $23.0695 |
| Purchase | 2/16/2022 | 544 | $23.0152 |
| Purchase | 2/16/2022 | 4 | $22.9005 |
| Purchase | 2/16/2022 | 116 | $23.1403 |
| Purchase | 2/16/2022 | 46 | $23.1400 |
| Purchase | 2/17/2022 | 7 | $23.5500 |
| Purchase | 2/17/2022 | 260 | $23.4042 |
| Purchase | 2/17/2022 | 94 | $23.2700 |
| Purchase | 2/17/2022 | 36 | $23.6909 |
| Purchase | 2/18/2022 | 160 | $22.9900 |
| Purchase | 2/18/2022 | 46 | $23.0200 |
| Purchase | 2/18/2022 | 26 | $22.8781 |
| Purchase | 2/18/2022 | 49 | $23.0400 |
| Purchase | 2/18/2022 | 196 | $23.0400 |
| Purchase | 2/18/2022 | 196 | $22.8700 |
| Purchase | 2/18/2022 | 232 | $22.9624 |
| Purchase | 2/18/2022 | 811 | $22.8711 |
| Purchase | 2/22/2022 | 107 | $21.9300 |
| Purchase | 2/22/2022 | 217 | $21.8633 |
| Purchase | 2/22/2022 | 383 | $21.6644 |
| Purchase | 2/22/2022 | 152 | $21.7775 |
| Purchase | 2/22/2022 | 196 | $21.3199 |
| Purchase | 2/22/2022 | 216 | $21.8861 |
| Purchase | 2/23/2022 | 30 | $22.5950 |
| Purchase | 2/23/2022 | 22 | $22.6950 |
| Purchase | 2/23/2022 | 95 | $22.6400 |
| Purchase | 2/23/2022 | 247 | $22.9417 |
| Purchase | 2/24/2022 | 143 | $22.7881 |
| Purchase | 2/24/2022 | 485 | $22.7487 |
| Purchase | 2/25/2022 | 644 | $23.6663 |
| Purchase | 2/25/2022 | 406 | $25.0000 |
| Purchase | 2/25/2022 | 84 | $24.0850 |
| Purchase | 2/25/2022 | 1,074 | $24.6545 |
| Purchase | 2/28/2022 | 174 | $26.0250 |
| Purchase | 2/28/2022 | 114 | $26.0195 |
| Purchase | 2/28/2022 | 2,635 | $25.5793 |
| Purchase | 2/28/2022 | 1,482 | $26.4499 |
| Purchase | 2/28/2022 | 27 | $24.8807 |
| Purchase | 2/28/2022 | 521 | $26.0099 |
| Purchase | 3/10/2022 | 2,142 | $18.4929 |

**Coupang, Inc. (CPNG)**  **Board of Education Retirement System of the City of New York**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/10/2022 | 1,619 | $18.3802 |
| Purchase | 3/10/2022 | 4,531 | $18.9188 |
| Purchase | 3/10/2022 | 911 | $18.5277 |
| Purchase | 3/17/2022 | 1,308 | $19.2129 |
| Purchase | 3/17/2022 | 2,963 | $18.9633 |
| Purchase | 7/13/2022 | 6,179 | $14.7486 |
| Sale | 7/27/2022 | (534) | $17.0509 |
| Sale | 7/27/2022 | (776) | $16.9950 |
| Sale | 7/27/2022 | (1,247) | $17.3999 |
| Sale | 7/27/2022 | (772) | $17.1125 |
| Sale | 7/27/2022 | (256) | $17.0600 |
| Sale | 7/28/2022 | (81) | $16.8350 |
| Sale | 7/28/2022 | (1,715) | $16.6860 |
| Sale | 7/28/2022 | (256) | $16.3625 |
| Sale | 7/28/2022 | (256) | $16.9700 |
| Sale | 7/29/2022 | (128) | $17.0900 |
| Sale | 7/29/2022 | (256) | $16.7450 |
| Sale | 7/29/2022 | (962) | $17.0452 |
| Sale | 7/29/2022 | (482) | $17.0585 |
| Sale | 7/29/2022 | (1,181) | $17.1538 |
| Sale | 7/29/2022 | (1,464) | $17.0422 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Daniel R. Whitman, Senior Counsel at the New York City Law Department, on behalf of the Teachers' Retirement System of the City of New York ("TRS"), with authority to bind TRS and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Coupang, Inc. ("Coupang" or the "Company") and authorize the filing of a motion on behalf of TRS for appointment as lead plaintiff.

3.      TRS did not purchase or acquire Coupang securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      TRS is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Coupang securities pursuant and/or traceable to the Company's initial public offering ("IPO") and/or during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the transactions listed in Schedule A reflect all of TRS's transactions in Coupang securities pursuant and/or traceable to the IPO and during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, TRS served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Crews v. Rivian Automotive, Inc. et al.*, 2:22-cv-1524 (C.D. Cal.).

7.      TRS agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed    10/20/2022
**(Date)**

**(Signature)**

**Daniel R. Whitman**
*Senior Counsel*
**New York City Law Department**

**Coupang, Inc. (CPNG)**        **Teachers' Retirement System of the City of New York**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Teachers' Retirement System of the City of New York 1 | | | |
| Purchase | 5/11/2022 | 4,789 | $10.4000 |
| | | | |
| Teachers' Retirement System of the City of New York 2 | | | |
| Purchase | 11/3/2021 | 209,833 | $30.1310 |
| Purchase | 12/6/2021 | 2,255 | $26.0700 |
| Purchase | 12/6/2021 | 877 | $25.8750 |
| Purchase | 12/6/2021 | 740 | $25.8778 |
| Purchase | 12/6/2021 | 125 | $25.7850 |
| Purchase | 12/6/2021 | 1,368 | $25.8301 |
| Purchase | 12/7/2021 | 125 | $26.2500 |
| Purchase | 12/7/2021 | 251 | $27.5150 |
| Purchase | 12/7/2021 | 752 | $26.9569 |
| Purchase | 12/7/2021 | 3,211 | $27.5300 |
| Purchase | 12/7/2021 | 2,528 | $27.5303 |
| Purchase | 12/7/2021 | 125 | $27.5700 |
| Purchase | 12/7/2021 | 32 | $26.3357 |
| Purchase | 12/7/2021 | 2,648 | $27.5586 |
| Purchase | 12/8/2021 | 437 | $27.5345 |
| Purchase | 12/8/2021 | 501 | $28.0500 |
| Purchase | 12/8/2021 | 988 | $27.7788 |
| Purchase | 12/8/2021 | 1,247 | $27.8150 |
| Purchase | 12/8/2021 | 1,839 | $27.5686 |
| Purchase | 12/9/2021 | 501 | $27.7850 |
| Purchase | 12/9/2021 | 150 | $28.1500 |
| Purchase | 12/9/2021 | 1,741 | $27.9469 |
| Purchase | 12/9/2021 | 2,516 | $28.0044 |
| Purchase | 12/9/2021 | 53 | $27.7049 |
| Purchase | 12/9/2021 | 1,010 | $28.2997 |
| Purchase | 12/10/2021 | 1,359 | $26.9382 |
| Purchase | 12/10/2021 | 2,300 | $27.2555 |
| Purchase | 12/10/2021 | 74 | $27.2600 |
| Purchase | 12/10/2021 | 2,248 | $26.7884 |
| Purchase | 12/10/2021 | 626 | $26.6725 |
| Purchase | 12/10/2021 | 1,529 | $27.0000 |
| Purchase | 12/10/2021 | 384 | $26.8314 |
| Purchase | 12/13/2021 | 3,759 | $26.8863 |
| Purchase | 12/14/2021 | 255 | $27.3600 |
| Purchase | 12/14/2021 | 605 | $27.5038 |
| Purchase | 12/14/2021 | 1,504 | $27.5846 |
| Purchase | 12/14/2021 | 1,455 | $27.4492 |
| Purchase | 12/14/2021 | 2,092 | $27.1387 |
| Purchase | 12/14/2021 | 251 | $27.0800 |
| Purchase | 12/14/2021 | 1,197 | $27.4827 |
| Purchase | 12/15/2021 | 10,184 | $26.4361 |
| Purchase | 1/10/2022 | 581 | $23.8161 |
| Purchase | 1/10/2022 | 6,659 | $23.4685 |
| Purchase | 1/11/2022 | 172 | $24.8050 |
| Purchase | 1/11/2022 | 2,439 | $24.8845 |
| Purchase | 1/11/2022 | 1,568 | $24.6697 |

**Coupang, Inc. (CPNG)**　　　　　　　　　　　**Teachers' Retirement System of the City of New York**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 1/11/2022 | 1,865 | $25.0364 |
| Purchase | 1/25/2022 | 3,738 | $18.6781 |
| Purchase | 1/26/2022 | 1,632 | $18.7552 |
| Purchase | 1/26/2022 | 577 | $18.9514 |
| Purchase | 1/26/2022 | 1,251 | $18.8837 |
| Purchase | 1/26/2022 | 5,377 | $18.8036 |
| Purchase | 1/26/2022 | 1,194 | $18.8729 |
| Purchase | 1/26/2022 | 1,910 | $18.9332 |
| Purchase | 1/27/2022 | 214 | $18.9428 |
| Purchase | 1/27/2022 | 283 | $18.8200 |
| Purchase | 1/27/2022 | 865 | $18.9839 |
| Purchase | 1/27/2022 | 2,024 | $18.9710 |
| Purchase | 1/27/2022 | 6,917 | $18.9477 |
| Purchase | 1/27/2022 | 1,914 | $18.8755 |
| Purchase | 2/9/2022 | 1,076 | $22.4134 |
| Purchase | 2/9/2022 | 516 | $22.3950 |
| Purchase | 2/10/2022 | 374 | $23.1487 |
| Purchase | 2/10/2022 | 10,951 | $22.9185 |
| Purchase | 2/10/2022 | 3,961 | $23.0370 |
| Purchase | 2/10/2022 | 3,165 | $23.1900 |
| Purchase | 2/10/2022 | 591 | $22.6000 |
| Purchase | 2/10/2022 | 8,273 | $23.1748 |
| Purchase | 2/11/2022 | 100 | $23.1286 |
| Purchase | 2/11/2022 | 174 | $22.6968 |
| Purchase | 2/11/2022 | 26 | $23.5250 |
| Purchase | 2/11/2022 | 3,267 | $22.6504 |
| Purchase | 2/11/2022 | 12 | $23.4050 |
| Purchase | 2/11/2022 | 1,110 | $23.4094 |
| Purchase | 2/14/2022 | 175 | $22.9099 |
| Purchase | 2/14/2022 | 687 | $22.6938 |
| Purchase | 2/14/2022 | 59 | $22.9650 |
| Purchase | 2/14/2022 | 124 | $22.4150 |
| Purchase | 2/15/2022 | 54 | $23.4450 |
| Purchase | 2/15/2022 | 453 | $23.3793 |
| Purchase | 2/15/2022 | 114 | $23.2206 |
| Purchase | 2/15/2022 | 81 | $23.5497 |
| Purchase | 2/15/2022 | 620 | $23.4650 |
| Purchase | 2/15/2022 | 149 | $23.3719 |
| Purchase | 2/15/2022 | 259 | $23.4973 |
| Purchase | 2/16/2022 | 307 | $23.0695 |
| Purchase | 2/16/2022 | 1,375 | $23.0152 |
| Purchase | 2/16/2022 | 9 | $22.9000 |
| Purchase | 2/16/2022 | 294 | $23.1403 |
| Purchase | 2/16/2022 | 116 | $23.1400 |
| Purchase | 2/17/2022 | 237 | $23.2700 |
| Purchase | 2/17/2022 | 90 | $23.6909 |
| Purchase | 2/17/2022 | 655 | $23.4042 |
| Purchase | 2/17/2022 | 18 | $23.5500 |
| Purchase | 2/18/2022 | 586 | $22.9624 |
| Purchase | 2/18/2022 | 2,049 | $22.8711 |

Coupang, Inc. (CPNG)                    Teachers' Retirement System of the City of New York

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/18/2022 | 404 | $22.9900 |
| Purchase | 2/18/2022 | 118 | $23.0200 |
| Purchase | 2/18/2022 | 67 | $22.8781 |
| Purchase | 2/18/2022 | 124 | $23.0400 |
| Purchase | 2/18/2022 | 496 | $22.8700 |
| Purchase | 2/18/2022 | 496 | $23.0400 |
| Purchase | 2/22/2022 | 968 | $21.6644 |
| Purchase | 2/22/2022 | 383 | $21.7775 |
| Purchase | 2/22/2022 | 270 | $21.9300 |
| Purchase | 2/22/2022 | 545 | $21.8861 |
| Purchase | 2/22/2022 | 547 | $21.8633 |
| Purchase | 2/22/2022 | 496 | $21.3199 |
| Purchase | 2/23/2022 | 76 | $22.5950 |
| Purchase | 2/23/2022 | 55 | $22.6950 |
| Purchase | 2/23/2022 | 622 | $22.9417 |
| Purchase | 2/23/2022 | 239 | $22.6400 |
| Purchase | 2/24/2022 | 362 | $22.7881 |
| Purchase | 2/24/2022 | 1,224 | $22.7487 |
| Purchase | 2/25/2022 | 990 | $25.0000 |
| Purchase | 2/25/2022 | 205 | $24.0850 |
| Purchase | 2/25/2022 | 2,617 | $24.6545 |
| Purchase | 2/25/2022 | 1,570 | $23.6663 |
| Purchase | 2/28/2022 | 424 | $26.0250 |
| Purchase | 2/28/2022 | 278 | $26.0195 |
| Purchase | 2/28/2022 | 6,420 | $25.5793 |
| Purchase | 2/28/2022 | 3,612 | $26.4499 |
| Purchase | 2/28/2022 | 65 | $24.8807 |
| Purchase | 2/28/2022 | 1,271 | $26.0099 |
| Purchase | 3/10/2022 | 2,327 | $18.5277 |
| Purchase | 3/10/2022 | 4,136 | $18.3802 |
| Purchase | 3/10/2022 | 11,577 | $18.9188 |
| Purchase | 3/10/2022 | 5,473 | $18.4929 |
| Purchase | 3/17/2022 | 3,645 | $19.2129 |
| Purchase | 3/17/2022 | 8,256 | $18.9633 |
| Purchase | 7/13/2022 | 16,770 | $14.7486 |
| Sale | 7/27/2022 | (1,368) | $17.0509 |
| Sale | 7/27/2022 | (1,988) | $16.9950 |
| Sale | 7/27/2022 | (3,193) | $17.3999 |
| Sale | 7/27/2022 | (1,978) | $17.1125 |
| Sale | 7/27/2022 | (655) | $17.0600 |
| Sale | 7/28/2022 | (208) | $16.8350 |
| Sale | 7/28/2022 | (4,391) | $16.6860 |
| Sale | 7/28/2022 | (655) | $16.3625 |
| Sale | 7/28/2022 | (655) | $16.9700 |
| Sale | 7/29/2022 | (2,462) | $17.0452 |
| Sale | 7/29/2022 | (1,233) | $17.0585 |
| Sale | 7/29/2022 | (3,747) | $17.0422 |
| Sale | 7/29/2022 | (3,025) | $17.1538 |
| Sale | 7/29/2022 | (328) | $17.0900 |
| Sale | 7/29/2022 | (655) | $16.7450 |

**Coupang, Inc. (CPNG)**                    **Teachers' Retirement System of the City of New York**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Teachers' Retirement System of the City of New York 3 | | | |
| Purchase | 3/11/2021 | 226,802 | $35.0000 |
| Purchase | 8/23/2021 | 207,688 | $30.7277 |
| Purchase | 11/26/2021 | 36,056 | $27.2816 |
| Purchase | 11/29/2021 | 63,115 | $26.7238 |
| Purchase | 11/30/2021 | 22,454 | $26.4447 |
| Purchase | 12/1/2021 | 70,077 | $26.7668 |
| Purchase | 1/25/2022 | 100,705 | $18.6337 |
| Purchase | 1/26/2022 | 60,682 | $18.8261 |
| Purchase | 1/27/2022 | 105,886 | $18.9419 |
| Purchase | 1/28/2022 | 90,760 | $18.6293 |
| Purchase | 1/31/2022 | 96,064 | $20.4580 |
| Purchase | 2/1/2022 | 113,514 | $21.0130 |
| Purchase | 2/2/2022 | 139,916 | $21.0546 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Daniel R. Whitman, Senior Counsel at the New York City Law Department, on behalf of the Teachers' Retirement System of the City of New York Variable Annuity Program ("TRS Var-A"), with authority to bind TRS Var-A and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Coupang, Inc. ("Coupang" or the "Company") and authorize the filing of a motion on behalf of TRS Var-A for appointment as lead plaintiff.

3.      TRS Var-A did not purchase or acquire Coupang securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      TRS Var-A is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Coupang securities pursuant and/or traceable to the Company's initial public offering ("IPO") and/or during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the transactions listed in Schedule A reflect all of TRS Var-A's transactions in Coupang securities pursuant and/or traceable to the IPO and during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, TRS Var-A served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Crews v. Rivian Automotive, Inc. et al.*, 2:22-cv-1524 (C.D. Cal.).

7.      TRS Var-A agrees not to accept any payment for serving as a representative party on

behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed   _10/20/2022_____
**(Date)**

_____
**(Signature)**

**Daniel R. Whitman**
*Senior Counsel*
**New York City Law Department**

**Coupang, Inc. (CPNG)**  **Teachers' Retirement System of the City of New York Variable Annuity Program**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Teachers' Retirement System of the City of New York Variable Annuity Program 1 | | | |
| Purchase | 3/11/2021 | 25,687 | $35.0000 |
| Purchase | 8/23/2021 | 23,138 | $30.8101 |
| Purchase | 11/26/2021 | 4,027 | $27.2816 |
| Purchase | 11/29/2021 | 7,049 | $26.7238 |
| Purchase | 11/30/2021 | 2,508 | $26.4447 |
| Purchase | 12/1/2021 | 7,827 | $26.6824 |
| Purchase | 12/7/2021 | 17,786 | $27.3600 |
| Purchase | 1/25/2022 | 13,681 | $18.6337 |
| Purchase | 1/26/2022 | 8,459 | $18.8261 |
| Purchase | 1/27/2022 | 14,760 | $18.9419 |
| Purchase | 1/28/2022 | 12,652 | $18.6293 |
| Purchase | 1/31/2022 | 13,276 | $20.4580 |
| Purchase | 2/1/2022 | 15,876 | $21.0130 |
| Purchase | 2/2/2022 | 19,569 | $21.0546 |
| Teachers' Retirement System of the City of New York Variable Annuity Program 2 | | | |
| Purchase | 3/11/2021 | 1,576 | $35.0000 |
| Purchase | 8/23/2021 | 1,419 | $30.8101 |
| Purchase | 11/26/2021 | 247 | $27.2816 |
| Purchase | 11/29/2021 | 432 | $26.7238 |
| Purchase | 11/30/2021 | 156 | $26.4447 |
| Purchase | 12/1/2021 | 478 | $26.6824 |
| Purchase | 1/25/2022 | 354 | $18.6337 |
| Purchase | 1/26/2022 | 436 | $18.8261 |
| Purchase | 1/27/2022 | 760 | $18.9419 |
| Purchase | 1/28/2022 | 652 | $18.6293 |
| Purchase | 1/31/2022 | 571 | $20.4580 |
| Purchase | 2/1/2022 | 870 | $21.0130 |
| Purchase | 2/2/2022 | 1,073 | $21.0546 |
| Teachers' Retirement System of the City of New York Variable Annuity Program 3 | | | |
| Purchase | 10/27/2021 | 5,670 | $29.6872 |
| Purchase | 10/28/2021 | 11,915 | $29.7604 |
| Purchase | 10/29/2021 | 16,264 | $29.8420 |
| Purchase | 11/17/2021 | 799 | $28.4839 |
| Purchase | 3/9/2022 | 3,080 | $22.6515 |
| Purchase | 3/15/2022 | 2,839 | $15.4500 |
| Purchase | 5/20/2022 | 5,478 | $12.7100 |
| Purchase | 5/23/2022 | 131 | $13.8000 |
| Purchase | 5/23/2022 | 2,020 | $13.4778 |
| Purchase | 5/23/2022 | 67 | $13.5051 |
| Purchase | 5/24/2022 | 307 | $13.1142 |
| Purchase | 5/24/2022 | 1,575 | $12.9175 |
| Purchase | 6/8/2022 | 5,618 | $12.1150 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Daniel R. Whitman, Senior Counsel at the New York City Law Department, on behalf of the New York City Police Pension Fund ("Police"), with authority to bind Police and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Coupang, Inc. ("Coupang" or the "Company") and authorize the filing of a motion on behalf of Police for appointment as lead plaintiff.

3.     Police did not purchase or acquire Coupang securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     Police is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Coupang securities pursuant and/or traceable to the Company's initial public offering ("IPO") and/or during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     To the best of my current knowledge, the transactions listed in Schedule A reflect all of Police's transactions in Coupang securities pursuant and/or traceable to the IPO and during the Class Period.

6.     During the three-year period preceding the date on which this Certification is signed, Police served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Crews v. Rivian Automotive, Inc. et al.*, 2:22-cv-1524 (C.D. Cal.).

7.     Police agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except

such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed     10/20/2022       
**(Date)**

**(Signature)**

**Daniel R. Whitman**
*Senior Counsel*
**New York City Law Department**

**Coupang, Inc. (CPNG)**                                        **New York City Police Pension Fund**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| New York City Police Pension Fund 1 | | | |
| Purchase | 5/11/2022 | 3,365 | $10.4000 |
| | | | |
| New York City Police Pension Fund 2 | | | |
| Purchase | 3/11/2021 | 49,909 | $35.0000 |
| Purchase | 8/23/2021 | 45,826 | $30.7277 |
| Purchase | 11/26/2021 | 7,926 | $27.2816 |
| Purchase | 11/29/2021 | 13,874 | $26.7238 |
| Purchase | 11/30/2021 | 4,936 | $26.4447 |
| Purchase | 12/1/2021 | 15,404 | $26.7668 |
| Purchase | 1/25/2022 | 22,461 | $17.9942 |
| Purchase | 1/25/2022 | 18,973 | $18.6337 |
| Purchase | 1/26/2022 | 11,312 | $18.8261 |
| Purchase | 1/27/2022 | 19,738 | $18.9419 |
| Purchase | 1/28/2022 | 16,918 | $18.6293 |
| Purchase | 1/31/2022 | 17,964 | $20.4580 |
| Purchase | 2/1/2022 | 21,134 | $21.0130 |
| Purchase | 2/2/2022 | 26,050 | $21.0546 |
| Purchase | 8/24/2022 | 11,925 | $17.3804 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Daniel R. Whitman, Senior Counsel at the New York City Law Department, on behalf of the New York City Fire Department Pension Fund ("Fire"), with authority to bind Fire and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Coupang, Inc. ("Coupang" or the "Company") and authorize the filing of a motion on behalf of Fire for appointment as lead plaintiff.

3.     Fire did not purchase or acquire Coupang securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     Fire is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Coupang securities pursuant and/or traceable to the Company's initial public offering ("IPO") and/or during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     To the best of my current knowledge, the transactions listed in Schedule A reflect all of Fire's transactions in Coupang securities pursuant and/or traceable to the IPO and during the Class Period.

6.     During the three-year period preceding the date on which this Certification is signed, Fire served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Crews v. Rivian Automotive, Inc. et al.*, 2:22-cv-1524 (C.D. Cal.).

7.     Fire agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed ___10/20/2022___
**(Date)**

___[signature]___
**(Signature)**

**Daniel R. Whitman**
*Senior Counsel*
**New York City Law Department**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| New York City Fire Department Pension Fund 1 | | | |
| Purchase | 7/13/2021 | 198 | $44.4727 |
| Purchase | 7/13/2021 | 3,774 | $44.4500 |
| Purchase | 7/13/2021 | 875 | $44.3967 |
| Purchase | 7/13/2021 | 14,231 | $44.4789 |
| Purchase | 8/12/2021 | 3,943 | $34.5310 |
| Purchase | 8/12/2021 | 260 | $34.6050 |
| Purchase | 8/13/2021 | 5,693 | $35.1134 |
| Purchase | 8/13/2021 | 858 | $33.5000 |
| Purchase | 8/13/2021 | 22,980 | $33.5000 |
| Purchase | 8/13/2021 | 1,289 | $35.8602 |
| Purchase | 9/3/2021 | 2,952 | $29.4363 |
| Purchase | 9/3/2021 | 130 | $29.5250 |
| Purchase | 9/7/2021 | 4,981 | $31.7709 |
| Purchase | 9/7/2021 | 2,326 | $32.0469 |
| Purchase | 9/7/2021 | 2,035 | $31.9270 |
| Purchase | 9/8/2021 | 4,804 | $31.6698 |
| Purchase | 9/14/2021 | 172 | $29.7000 |
| Purchase | 9/14/2021 | 638 | $29.7122 |
| Purchase | 9/14/2021 | 55 | $29.8195 |
| Purchase | 9/14/2021 | 5,860 | $29.7119 |
| Purchase | 9/14/2021 | 69,366 | $29.8500 |
| Purchase | 9/14/2021 | 3,929 | $29.7039 |
| Purchase | 9/14/2021 | 737 | $29.8473 |
| Purchase | 9/14/2021 | 4,269 | $29.7555 |
| Purchase | 9/15/2021 | 1,393 | $29.4298 |
| Purchase | 9/15/2021 | 3,120 | $29.3537 |
| Purchase | 12/6/2021 | 104 | $25.7850 |
| Purchase | 12/6/2021 | 1,880 | $26.0700 |
| Purchase | 12/6/2021 | 731 | $25.8750 |
| Purchase | 12/6/2021 | 617 | $25.8778 |
| Purchase | 12/6/2021 | 1,140 | $25.8301 |
| Purchase | 12/7/2021 | 2,107 | $27.5303 |
| Purchase | 12/7/2021 | 627 | $26.9569 |
| Purchase | 12/7/2021 | 104 | $26.2500 |
| Purchase | 12/7/2021 | 209 | $27.5150 |
| Purchase | 12/7/2021 | 104 | $27.5700 |
| Purchase | 12/7/2021 | 2,677 | $27.5300 |
| Purchase | 12/7/2021 | 2,207 | $27.5586 |
| Purchase | 12/7/2021 | 26 | $26.3357 |
| Purchase | 12/8/2021 | 1,039 | $27.8150 |
| Purchase | 12/8/2021 | 418 | $28.0500 |
| Purchase | 12/8/2021 | 824 | $27.7788 |
| Purchase | 12/8/2021 | 364 | $27.5345 |
| Purchase | 12/8/2021 | 1,533 | $27.5686 |
| Purchase | 12/9/2021 | 2,097 | $28.0044 |
| Purchase | 12/9/2021 | 125 | $28.1500 |
| Purchase | 12/9/2021 | 1,451 | $27.9469 |
| Purchase | 12/9/2021 | 418 | $27.7850 |
| Purchase | 12/9/2021 | 44 | $27.7050 |

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/9/2021 | 842 | $28.2997 |
| Purchase | 12/10/2021 | 62 | $27.2600 |
| Purchase | 12/10/2021 | 1,873 | $26.7884 |
| Purchase | 12/10/2021 | 1,133 | $26.9382 |
| Purchase | 12/10/2021 | 1,918 | $27.2555 |
| Purchase | 12/10/2021 | 522 | $26.6725 |
| Purchase | 12/10/2021 | 1,274 | $27.0000 |
| Purchase | 12/10/2021 | 320 | $26.8314 |
| Purchase | 12/13/2021 | 3,133 | $26.8863 |
| Purchase | 12/14/2021 | 1,253 | $27.5846 |
| Purchase | 12/14/2021 | 1,213 | $27.4492 |
| Purchase | 12/14/2021 | 212 | $27.3600 |
| Purchase | 12/14/2021 | 1,744 | $27.1387 |
| Purchase | 12/14/2021 | 209 | $27.0800 |
| Purchase | 12/14/2021 | 998 | $27.4827 |
| Purchase | 12/14/2021 | 505 | $27.5038 |
| Purchase | 12/15/2021 | 8,489 | $26.4361 |
| Purchase | 1/10/2022 | 453 | $23.8161 |
| Purchase | 1/10/2022 | 5,199 | $23.4685 |
| Purchase | 1/11/2022 | 134 | $24.8050 |
| Purchase | 1/11/2022 | 1,904 | $24.8845 |
| Purchase | 1/11/2022 | 1,225 | $24.6697 |
| Purchase | 1/11/2022 | 1,456 | $25.0364 |
| Purchase | 1/25/2022 | 2,919 | $18.6781 |
| Purchase | 1/26/2022 | 1,274 | $18.7552 |
| Purchase | 1/26/2022 | 977 | $18.8837 |
| Purchase | 1/26/2022 | 1,491 | $18.9332 |
| Purchase | 1/26/2022 | 932 | $18.8729 |
| Purchase | 1/26/2022 | 4,198 | $18.8036 |
| Purchase | 1/26/2022 | 451 | $18.9514 |
| Purchase | 1/27/2022 | 221 | $18.8200 |
| Purchase | 1/27/2022 | 167 | $18.9428 |
| Purchase | 1/27/2022 | 1,580 | $18.9710 |
| Purchase | 1/27/2022 | 5,400 | $18.9477 |
| Purchase | 1/27/2022 | 1,494 | $18.8755 |
| Purchase | 1/27/2022 | 675 | $18.9839 |
| Purchase | 2/9/2022 | 852 | $22.4134 |
| Purchase | 2/9/2022 | 408 | $22.3950 |
| Purchase | 2/10/2022 | 2,505 | $23.1900 |
| Purchase | 2/10/2022 | 6,547 | $23.1748 |
| Purchase | 2/10/2022 | 296 | $23.1487 |
| Purchase | 2/10/2022 | 468 | $22.6000 |
| Purchase | 2/10/2022 | 3,134 | $23.0370 |
| Purchase | 2/10/2022 | 8,665 | $22.9185 |
| Purchase | 2/11/2022 | 79 | $23.1286 |
| Purchase | 2/11/2022 | 138 | $22.6968 |
| Purchase | 2/11/2022 | 879 | $23.4094 |
| Purchase | 2/11/2022 | 2,585 | $22.6504 |
| Purchase | 2/11/2022 | 20 | $23.5250 |
| Purchase | 2/11/2022 | 9 | $23.4044 |

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/14/2022 | 47 | $22.9650 |
| Purchase | 2/14/2022 | 98 | $22.4150 |
| Purchase | 2/14/2022 | 544 | $22.6938 |
| Purchase | 2/14/2022 | 139 | $22.9099 |
| Purchase | 2/15/2022 | 64 | $23.5497 |
| Purchase | 2/15/2022 | 491 | $23.4650 |
| Purchase | 2/15/2022 | 205 | $23.4973 |
| Purchase | 2/15/2022 | 118 | $23.3719 |
| Purchase | 2/15/2022 | 358 | $23.3793 |
| Purchase | 2/15/2022 | 90 | $23.2206 |
| Purchase | 2/15/2022 | 43 | $23.4450 |
| Purchase | 2/16/2022 | 243 | $23.0695 |
| Purchase | 2/16/2022 | 1,088 | $23.0152 |
| Purchase | 2/16/2022 | 232 | $23.1403 |
| Purchase | 2/16/2022 | 7 | $22.9005 |
| Purchase | 2/16/2022 | 92 | $23.1400 |
| Purchase | 2/17/2022 | 14 | $23.5500 |
| Purchase | 2/17/2022 | 187 | $23.2700 |
| Purchase | 2/17/2022 | 71 | $23.6909 |
| Purchase | 2/17/2022 | 519 | $23.4042 |
| Purchase | 2/18/2022 | 320 | $22.9900 |
| Purchase | 2/18/2022 | 93 | $23.0200 |
| Purchase | 2/18/2022 | 53 | $22.8781 |
| Purchase | 2/18/2022 | 98 | $23.0400 |
| Purchase | 2/18/2022 | 392 | $23.0400 |
| Purchase | 2/18/2022 | 393 | $22.8700 |
| Purchase | 2/18/2022 | 463 | $22.9624 |
| Purchase | 2/18/2022 | 1,622 | $22.8711 |
| Purchase | 2/22/2022 | 392 | $21.3199 |
| Purchase | 2/22/2022 | 214 | $21.9300 |
| Purchase | 2/22/2022 | 433 | $21.8633 |
| Purchase | 2/22/2022 | 431 | $21.8861 |
| Purchase | 2/22/2022 | 766 | $21.6644 |
| Purchase | 2/22/2022 | 303 | $21.7775 |
| Purchase | 2/23/2022 | 60 | $22.5950 |
| Purchase | 2/23/2022 | 43 | $22.6950 |
| Purchase | 2/23/2022 | 189 | $22.6400 |
| Purchase | 2/23/2022 | 493 | $22.9417 |
| Purchase | 2/24/2022 | 286 | $22.7881 |
| Purchase | 2/24/2022 | 969 | $22.7487 |
| Purchase | 2/25/2022 | 1,288 | $23.6663 |
| Purchase | 2/25/2022 | 812 | $25.0000 |
| Purchase | 2/25/2022 | 168 | $24.0850 |
| Purchase | 2/25/2022 | 2,147 | $24.6545 |
| Purchase | 2/28/2022 | 348 | $26.0250 |
| Purchase | 2/28/2022 | 228 | $26.0195 |
| Purchase | 2/28/2022 | 5,267 | $25.5793 |
| Purchase | 2/28/2022 | 53 | $24.8807 |
| Purchase | 2/28/2022 | 2,964 | $26.4499 |
| Purchase | 2/28/2022 | 1,042 | $26.0099 |

**Coupang, Inc. (CPNG)**                                    **New York City Fire Department Pension Fund**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/10/2022 | 4,282 | $18.4929 |
| Purchase | 3/10/2022 | 1,820 | $18.5277 |
| Purchase | 3/10/2022 | 3,236 | $18.3802 |
| Purchase | 3/10/2022 | 9,058 | $18.9188 |
| Purchase | 3/17/2022 | 2,615 | $19.2129 |
| Purchase | 3/17/2022 | 5,923 | $18.9633 |
| Purchase | 7/13/2022 | 12,353 | $14.7486 |
| Sale | 7/27/2022 | (1,070) | $17.0509 |
| Sale | 7/27/2022 | (1,555) | $16.9950 |
| Sale | 7/27/2022 | (2,498) | $17.3999 |
| Sale | 7/27/2022 | (1,547) | $17.1125 |
| Sale | 7/27/2022 | (512) | $17.0600 |
| Sale | 7/28/2022 | (3,434) | $16.6860 |
| Sale | 7/28/2022 | (163) | $16.8350 |
| Sale | 7/28/2022 | (512) | $16.3625 |
| Sale | 7/28/2022 | (512) | $16.9700 |
| Sale | 7/29/2022 | (513) | $16.7450 |
| Sale | 7/29/2022 | (1,926) | $17.0452 |
| Sale | 7/29/2022 | (965) | $17.0585 |
| Sale | 7/29/2022 | (2,931) | $17.0422 |
| Sale | 7/29/2022 | (2,366) | $17.1538 |
| Sale | 7/29/2022 | (256) | $17.0900 |

New York City Fire Department Pension Fund 2

| | | | |
|---|---|---|---|
| Purchase | 3/11/2021 | 18,585 | $35.0000 |
| Purchase | 8/23/2021 | 17,061 | $30.7277 |
| Purchase | 11/26/2021 | 2,953 | $27.2816 |
| Purchase | 11/29/2021 | 5,168 | $26.7238 |
| Purchase | 11/30/2021 | 1,839 | $26.4447 |
| Purchase | 12/1/2021 | 5,738 | $26.7668 |
| Purchase | 1/25/2022 | 7,066 | $18.6337 |
| Purchase | 1/25/2022 | 8,365 | $17.9942 |
| Purchase | 1/26/2022 | 4,212 | $18.8261 |
| Purchase | 1/27/2022 | 7,350 | $18.9419 |
| Purchase | 1/28/2022 | 6,300 | $18.6293 |
| Purchase | 1/31/2022 | 6,690 | $20.4580 |
| Purchase | 2/1/2022 | 7,870 | $21.0130 |
| Purchase | 2/2/2022 | 9,701 | $21.0546 |
| Purchase | 8/23/2022 | 2,698 | $17.4274 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Daniel R. Whitman, Senior Counsel at the New York City Law Department, on behalf of the New York City Employees' Retirement System ("NYCERS"), with authority to bind NYCERS and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Coupang, Inc. ("Coupang" or the "Company") and authorize the filing of a motion on behalf of NYCERS for appointment as lead plaintiff.

3.     NYCERS did not purchase or acquire Coupang securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     NYCERS is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Coupang securities pursuant and/or traceable to the Company's initial public offering ("IPO") and/or during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     To the best of my current knowledge, the transactions listed in Schedule A reflect all of NYCERS's transactions in Coupang securities pursuant and/or traceable to the IPO and during the Class Period.

6.     During the three-year period preceding the date on which this Certification is signed, NYCERS served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Crews v. Rivian Automotive, Inc. et al.*, 2:22-cv-1524 (C.D. Cal.).

7.     NYCERS agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except

such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

       8.     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

**Executed**   10/20/2022
**(Date)**

**(Signature)**

**Daniel R. Whitman**
*Senior Counsel*
**New York City Law Department**

**Coupang, Inc. (CPNG)**                                    **New York City Employees' Retirement System**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| New York City Employees' Retirement System 1 | | | |
| Purchase | 11/3/2021 | 167,866 | $30.1310 |
| Purchase | 12/6/2021 | 1,804 | $26.0700 |
| Purchase | 12/6/2021 | 702 | $25.8750 |
| Purchase | 12/6/2021 | 592 | $25.8778 |
| Purchase | 12/6/2021 | 100 | $25.7850 |
| Purchase | 12/6/2021 | 1,094 | $25.8301 |
| Purchase | 12/7/2021 | 100 | $26.2500 |
| Purchase | 12/7/2021 | 200 | $27.5150 |
| Purchase | 12/7/2021 | 601 | $26.9569 |
| Purchase | 12/7/2021 | 2,569 | $27.5300 |
| Purchase | 12/7/2021 | 2,023 | $27.5303 |
| Purchase | 12/7/2021 | 25 | $26.3357 |
| Purchase | 12/7/2021 | 100 | $27.5700 |
| Purchase | 12/7/2021 | 2,118 | $27.5586 |
| Purchase | 12/8/2021 | 1,471 | $27.5686 |
| Purchase | 12/8/2021 | 998 | $27.8150 |
| Purchase | 12/8/2021 | 401 | $28.0500 |
| Purchase | 12/8/2021 | 349 | $27.5345 |
| Purchase | 12/8/2021 | 791 | $27.7788 |
| Purchase | 12/9/2021 | 120 | $28.1500 |
| Purchase | 12/9/2021 | 401 | $27.7850 |
| Purchase | 12/9/2021 | 1,393 | $27.9469 |
| Purchase | 12/9/2021 | 2,013 | $28.0044 |
| Purchase | 12/9/2021 | 808 | $28.2997 |
| Purchase | 12/9/2021 | 42 | $27.7050 |
| Purchase | 12/10/2021 | 501 | $26.6725 |
| Purchase | 12/10/2021 | 308 | $26.8314 |
| Purchase | 12/10/2021 | 1,087 | $26.9382 |
| Purchase | 12/10/2021 | 1,841 | $27.2555 |
| Purchase | 12/10/2021 | 1,223 | $27.0000 |
| Purchase | 12/10/2021 | 59 | $27.2600 |
| Purchase | 12/10/2021 | 1,798 | $26.7884 |
| Purchase | 12/13/2021 | 3,008 | $26.8863 |
| Purchase | 12/14/2021 | 958 | $27.4827 |
| Purchase | 12/14/2021 | 204 | $27.3600 |
| Purchase | 12/14/2021 | 484 | $27.5038 |
| Purchase | 12/14/2021 | 1,203 | $27.5846 |
| Purchase | 12/14/2021 | 1,674 | $27.1387 |
| Purchase | 12/14/2021 | 1,164 | $27.4492 |
| Purchase | 12/14/2021 | 200 | $27.0800 |
| Purchase | 12/15/2021 | 8,148 | $26.4361 |
| Purchase | 1/10/2022 | 464 | $23.8161 |
| Purchase | 1/10/2022 | 5,328 | $23.4685 |
| Purchase | 1/11/2022 | 137 | $24.8050 |
| Purchase | 1/11/2022 | 1,951 | $24.8845 |
| Purchase | 1/11/2022 | 1,255 | $24.6697 |
| Purchase | 1/11/2022 | 1,492 | $25.0364 |
| Purchase | 1/25/2022 | 2,991 | $18.6781 |
| Purchase | 1/26/2022 | 4,302 | $18.8036 |

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 1/26/2022 | 955 | $18.8729 |
| Purchase | 1/26/2022 | 1,528 | $18.9332 |
| Purchase | 1/26/2022 | 1,305 | $18.7552 |
| Purchase | 1/26/2022 | 462 | $18.9514 |
| Purchase | 1/26/2022 | 1,001 | $18.8837 |
| Purchase | 1/27/2022 | 1,531 | $18.8755 |
| Purchase | 1/27/2022 | 1,619 | $18.9710 |
| Purchase | 1/27/2022 | 226 | $18.8200 |
| Purchase | 1/27/2022 | 5,534 | $18.9477 |
| Purchase | 1/27/2022 | 171 | $18.9428 |
| Purchase | 1/27/2022 | 692 | $18.9839 |
| Purchase | 2/9/2022 | 861 | $22.4134 |
| Purchase | 2/9/2022 | 412 | $22.3950 |
| Purchase | 2/10/2022 | 3,169 | $23.0370 |
| Purchase | 2/10/2022 | 2,532 | $23.1900 |
| Purchase | 2/10/2022 | 473 | $22.6000 |
| Purchase | 2/10/2022 | 6,619 | $23.1748 |
| Purchase | 2/10/2022 | 8,762 | $22.9185 |
| Purchase | 2/10/2022 | 299 | $23.1487 |
| Purchase | 2/11/2022 | 80 | $23.1286 |
| Purchase | 2/11/2022 | 139 | $22.6968 |
| Purchase | 2/11/2022 | 9 | $23.4044 |
| Purchase | 2/11/2022 | 2,614 | $22.6504 |
| Purchase | 2/11/2022 | 889 | $23.4094 |
| Purchase | 2/11/2022 | 20 | $23.5250 |
| Purchase | 2/14/2022 | 47 | $22.9650 |
| Purchase | 2/14/2022 | 99 | $22.4150 |
| Purchase | 2/14/2022 | 550 | $22.6938 |
| Purchase | 2/14/2022 | 140 | $22.9099 |
| Purchase | 2/15/2022 | 362 | $23.3793 |
| Purchase | 2/15/2022 | 43 | $23.4450 |
| Purchase | 2/15/2022 | 91 | $23.2205 |
| Purchase | 2/15/2022 | 65 | $23.5497 |
| Purchase | 2/15/2022 | 119 | $23.3719 |
| Purchase | 2/15/2022 | 208 | $23.4973 |
| Purchase | 2/15/2022 | 496 | $23.4650 |
| Purchase | 2/16/2022 | 245 | $23.0695 |
| Purchase | 2/16/2022 | 1,100 | $23.0152 |
| Purchase | 2/16/2022 | 235 | $23.1403 |
| Purchase | 2/16/2022 | 7 | $22.9005 |
| Purchase | 2/16/2022 | 93 | $23.1400 |
| Purchase | 2/17/2022 | 189 | $23.2700 |
| Purchase | 2/17/2022 | 72 | $23.6908 |
| Purchase | 2/17/2022 | 525 | $23.4042 |
| Purchase | 2/17/2022 | 14 | $23.5500 |
| Purchase | 2/18/2022 | 397 | $23.0400 |
| Purchase | 2/18/2022 | 397 | $22.8700 |
| Purchase | 2/18/2022 | 469 | $22.9624 |
| Purchase | 2/18/2022 | 1,640 | $22.8711 |
| Purchase | 2/18/2022 | 324 | $22.9900 |

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/18/2022 | 94 | $23.0200 |
| Purchase | 2/18/2022 | 53 | $22.8781 |
| Purchase | 2/18/2022 | 99 | $23.0400 |
| Purchase | 2/22/2022 | 774 | $21.6644 |
| Purchase | 2/22/2022 | 307 | $21.7775 |
| Purchase | 2/22/2022 | 436 | $21.8861 |
| Purchase | 2/22/2022 | 397 | $21.3199 |
| Purchase | 2/22/2022 | 216 | $21.9300 |
| Purchase | 2/22/2022 | 438 | $21.8633 |
| Purchase | 2/23/2022 | 61 | $22.5950 |
| Purchase | 2/23/2022 | 44 | $22.6950 |
| Purchase | 2/23/2022 | 191 | $22.6400 |
| Purchase | 2/23/2022 | 498 | $22.9417 |
| Purchase | 2/24/2022 | 290 | $22.7881 |
| Purchase | 2/24/2022 | 980 | $22.7487 |
| Purchase | 2/25/2022 | 792 | $25.0000 |
| Purchase | 2/25/2022 | 164 | $24.0850 |
| Purchase | 2/25/2022 | 2,093 | $24.6545 |
| Purchase | 2/25/2022 | 1,256 | $23.6663 |
| Purchase | 2/28/2022 | 340 | $26.0250 |
| Purchase | 2/28/2022 | 222 | $26.0195 |
| Purchase | 2/28/2022 | 5,136 | $25.5793 |
| Purchase | 2/28/2022 | 2,890 | $26.4499 |
| Purchase | 2/28/2022 | 52 | $24.8807 |
| Purchase | 2/28/2022 | 1,017 | $26.0099 |
| Purchase | 3/10/2022 | 9,263 | $18.9188 |
| Purchase | 3/10/2022 | 4,378 | $18.4929 |
| Purchase | 3/10/2022 | 3,309 | $18.3802 |
| Purchase | 3/10/2022 | 1,861 | $18.5277 |
| Purchase | 3/17/2022 | 2,916 | $19.2129 |
| Purchase | 3/17/2022 | 6,605 | $18.9633 |
| Purchase | 7/13/2022 | 13,415 | $14.7486 |
| Sale | 7/27/2022 | (1,591) | $16.9950 |
| Sale | 7/27/2022 | (2,556) | $17.3999 |
| Sale | 7/27/2022 | (524) | $17.0600 |
| Sale | 7/27/2022 | (1,583) | $17.1125 |
| Sale | 7/27/2022 | (1,095) | $17.0509 |
| Sale | 7/28/2022 | (3,515) | $16.6860 |
| Sale | 7/28/2022 | (167) | $16.8350 |
| Sale | 7/28/2022 | (524) | $16.3625 |
| Sale | 7/28/2022 | (524) | $16.9700 |
| Sale | 7/29/2022 | (1,971) | $17.0452 |
| Sale | 7/29/2022 | (988) | $17.0585 |
| Sale | 7/29/2022 | (2,999) | $17.0422 |
| Sale | 7/29/2022 | (2,421) | $17.1538 |
| Sale | 7/29/2022 | (262) | $17.0900 |
| Sale | 7/29/2022 | (524) | $16.7450 |

New York City Employees' Retirement System 2

| | | | |
|---|---|---|---|
| Purchase | 5/11/2022 | 4,220 | $10.4000 |

**Coupang, Inc. (CPNG)**                                    **New York City Employees' Retirement System**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| New York City Employees' Retirement System 3 | | | |
| Purchase | 3/11/2021 | 69,529 | $53.4285 |
| Purchase | 3/11/2021 | 71,132 | $35.0000 |
| Purchase | 3/12/2021 | 38,687 | $48.4399 |
| Purchase | 3/15/2021 | 21,636 | $49.8586 |
| Purchase | 3/16/2021 | 13,015 | $47.0046 |
| Purchase | 3/16/2021 | 26,611 | $48.4251 |
| Purchase | 3/16/2021 | 1,774 | $48.6503 |
| Purchase | 3/17/2021 | 21,514 | $45.2910 |
| Purchase | 2/10/2022 | 176,092 | $21.7500 |
| Purchase | 2/14/2022 | 5,655 | $22.6591 |
| Purchase | 2/14/2022 | 2,258 | $22.4546 |
| Purchase | 2/15/2022 | 2,190 | $23.4755 |
| Purchase | 2/16/2022 | 11,046 | $23.0429 |
| Purchase | 2/16/2022 | 5,545 | $22.9886 |
| Purchase | 2/17/2022 | 13,330 | $23.3826 |
| Purchase | 2/18/2022 | 40,849 | $22.9794 |
| Purchase | 2/22/2022 | 73,702 | $21.8561 |
| Purchase | 2/23/2022 | 27,270 | $22.8981 |
| Sale | 6/15/2021 | (27,391) | $38.4109 |
| Sale | 9/16/2021 | (61,449) | $29.2290 |
| New York City Employees' Retirement System 4 | | | |
| Purchase | 3/11/2021 | 98,489 | $35.0000 |
| Purchase | 8/23/2021 | 79,748 | $30.7277 |
| Purchase | 11/26/2021 | 13,381 | $27.2816 |
| Purchase | 11/29/2021 | 23,423 | $26.7238 |
| Purchase | 11/30/2021 | 8,333 | $26.4447 |
| Purchase | 12/1/2021 | 26,008 | $26.7668 |
| Purchase | 1/25/2022 | 35,623 | $18.6337 |
| Purchase | 1/26/2022 | 21,808 | $18.8261 |
| Purchase | 1/27/2022 | 38,056 | $18.9419 |
| Purchase | 1/28/2022 | 32,616 | $18.6293 |
| Purchase | 1/31/2022 | 34,400 | $20.4580 |
| Purchase | 2/1/2022 | 40,848 | $21.0130 |
| Purchase | 2/2/2022 | 50,339 | $21.0546 |
| Sale | 6/28/2021 | (15,106) | $37.8668 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Daniel R. Whitman, Senior Counsel at the New York City Law Department, on behalf of the New York City Deferred Compensation Plan ("Deferred Compensation"), with authority to bind Deferred Compensation and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Coupang, Inc. ("Coupang" or the "Company") and authorize the filing of a motion on behalf of Deferred Compensation for appointment as lead plaintiff.

3.      Deferred Compensation did not purchase or acquire Coupang securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Deferred Compensation is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Coupang securities pursuant and/or traceable to the Company's initial public offering ("IPO") and/or during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the transactions listed in Schedule A reflect all of Deferred Compensation's transactions in Coupang securities pursuant and/or traceable to the IPO and during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, Deferred Compensation not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      Deferred Compensation agrees not to accept any payment for serving as a

representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed    10/20/2022
**(Date)**

**(Signature)**

**Daniel R. Whitman**
*Senior Counsel*
**New York City Law Department**

**Coupang, Inc. (CPNG)**                                    **New York City Deferred Compensation Plan**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/11/2021 | 26,108 | $53.4285 |
| Purchase | 3/11/2021 | 26,710 | $35.0000 |
| Purchase | 3/12/2021 | 14,527 | $48.4399 |
| Purchase | 3/15/2021 | 8,124 | $49.8586 |
| Purchase | 3/16/2021 | 666 | $48.6503 |
| Purchase | 3/16/2021 | 9,993 | $48.4251 |
| Purchase | 3/16/2021 | 4,887 | $47.0046 |
| Purchase | 3/17/2021 | 8,079 | $45.2910 |
| Purchase | 12/6/2021 | 13,850 | $25.8748 |
| Purchase | 2/10/2022 | 86,945 | $21.7500 |
| Purchase | 2/14/2022 | 2,792 | $22.6591 |
| Purchase | 2/14/2022 | 1,115 | $22.4546 |
| Purchase | 2/15/2022 | 1,081 | $23.4755 |
| Purchase | 2/16/2022 | 5,454 | $23.0429 |
| Purchase | 2/16/2022 | 2,738 | $22.9886 |
| Purchase | 2/17/2022 | 6,582 | $23.3826 |
| Purchase | 2/18/2022 | 20,169 | $22.9794 |
| Purchase | 2/22/2022 | 36,390 | $21.8561 |
| Purchase | 2/23/2022 | 13,464 | $22.8981 |
| Purchase | 3/2/2022 | 26,672 | $25.3365 |
| Purchase | 4/29/2022 | 18,251 | $13.1038 |