UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                      :

DAVID CHOI, Individually and on Behalf of All   :
Others Similarly Situated,

                                        :

                        Plaintiff,     :             22-CV-7309 (VSB)

                                        :

          - against -              :             **ORDER**

                                        :

                                        :

COUPANG, INC., BOM SUK KIM, GAURAV   :
ANAND, MICHAEL PARKER, MATTHEW    :
CHRISTENSEN, LYDIA JETT, NEIL MEHTA,  :
BENJAMIN SUN, KEVIN WARSH, HARRY   :
YOU, GOLDMAN SACHS & CO. LLC, ALLEN & :
COMPANY LLC, and J.P. MORGAN        :
SECURITIES LLC,                    :

                                        :

                    Defendants.  :
------------------------------------------------------------------ X
                                        :

NAYA 1740 FUND LTD., NAYA COLDWATER  :
FUND, NAYA MASTER FUND LP, NAYAWOOD:
LP, and QUANTUM PARTNERS LP, Individually :
and on Behalf of All Others Similarly Situated,  :        22-CV-8756 (VSB)

                                        :

                      Plaintiff,   :
          - against -             :

                                          :

COUPANG, INC., BOM SUK KIM, GAURAV   :
ANAND, MICHAEL PARKER, MATTHEW    :
CHRISTENSEN, LYDIA JETT, NEIL MEHTA,  :
BENJAMIN SUN, KEVIN WARSH, HARRY YOU:
GOLDMAN SACHS & CO. LLC, ALLEN &    :
COMPANY LLC, J.P. MORGAN SECURITIES  :
LLC, CITIGROUP GLOBAL MARKETS INC.,  :
HSBC SECURITIES (USA), INC., DEUTSCHE  :
BANK SECURITIES INC., UBS SECURITIES LLC:
MIZUHO SECURITIES USA LLC, and CLSA  :
LIMITED,                         :

                                        :

                    Defendants.  :

                                        :
------------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Before me is Movant the New York City Public Pension Funds' ("NYC Funds") motion seeking (1) consolidation of the above-captioned actions, (2) appointment of lead plaintiff, and (3) approval of lead counsel, along with the Movants subsequent Motion of Non-Opposition. (Docs. 25, 37.)  An Opinion and Order will be filed shortly, but to address all three requests simultaneously, it is hereby

ORDERED that Movant NYC Funds file a letter by March 22, 2023, addressing the impact of the notice of voluntary dismissal filed in 22-CV-8756, (Doc. 11), on its request to consolidate.

SO ORDERED.

Dated: March 15, 2023
        New York, New York

Vernon S. Broderick
United States District Judge