UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COUPANG, INC. SECURITIES LITIGATION | Case No. 1:22-cv-07309-VSB |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, Defendants Coupang, Inc., Bom Suk Kim, Gaurav Anand, Michael Parker, Matthew Christensen, Lydia Jett, Neil Mehta, Benjamin Sun, Kevin Warsh, and Harry You, by and through their undersigned counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Defendants Citigroup Global Markets Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities Inc., UBS Securities LLC, and Mizuho Securities USA LLC, by and through their undersigned counsel, Shearman & Sterling LLP, hereby move to dismiss with prejudice all causes of action in the Amended Complaint filed on May 24, 2023 as asserted against them, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), the Private Securities Litigation Reform Act of 1995, and the accompanying Memorandum of Law.

Dated: July 28, 2023
New York, New York

                    Respectfully submitted,

                    PAUL, WEISS, RIFKIND, WHARTON &
                      GARRISON LLP

                    By: */s/ Andrew J. Ehrlich*
                          Andrew J. Ehrlich

                    Andrew J. Ehrlich
                    Brette Tannenbaum
                    Daniel S. Sinnreich
                    1285 Avenue of the Americas
                    New York, NY 10019
                    (212) 373-3000
                    Email:  aehrlich@paulweiss.com

                    *Counsel for Coupang, Inc., Bom Suk Kim, Gaurav Anand, Michael Parker, Matthew Christensen, Lydia Jett, Neil Mehta, Benjamin Sun, Kevin Warsh, and Harry You*


                    SHEARMAN & STERLING LLP

                    By: */s/ Daniel C. Lewis*
                          Daniel C. Lewis

                    Daniel C. Lewis
                    Elizabeth J. Stewart
                    599 Lexington Avenue
                    New York, New York 10022
                    (212) 848-4000
                    daniel.lewis@shearman.com
                    elizabeth.stewart@shearman.com

                    *Counsel for Citigroup Global Markets Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities Inc., UBS Securities LLC, and Mizuho Securities USA LLC*