SO ORDERED: 09/13/2023

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to terminate Plaintiff David Choi from this action.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x

THE TEACHERS' RETIREMENT SYSTEM : Lead Case No. 1:22-cv-07309-VSB
OF THE CITY OF NEW YORK, THE NEW :
YORK CITY EMPLOYEES' RETIREMENT : (Consolidated)
SYSTEM, THE NEW YORK CITY POLICE :
PENSION FUND, THE NEW YORK CITY : CLASS ACTION
FIRE DEPARTMENT PENSION FUND, THE :
BOARD OF EDUCATION RETIREMENT :
SYSTEM OF THE CITY OF NEW YORK, :
THE NEW YORK CITY DEFERRED :
COMPENSATION PLAN, and THE :
TEACHERS' RETIREMENT SYSTEM OF :
THE CITY OF NEW YORK VARIABLE :
ANNUITY PROGRAM, Individually and on :
Behalf of All Others Similarly Situated, :
:
                Plaintiff, :
:
vs. :
:
COUPANG, INC., BOM SUK KIM, :
GAURAV ANAND, MICHAEL PARKER, :
MATTHEW CHRISTENSEN, LYDIA JETT, :
NEIL MEHTA, BENJAMIN SUN, KEVIN :
WARSH, HARRY YOU, GOLDMAN SACHS :
& CO. LLC, ALLEN & COMPANY LLC, J.P. :
MORGAN SECURITIES LLC, CITIGROUP :
GLOBAL MARKETS INC., HSBC :
SECURITIES (USA), INC., DEUTSCHE :
BANK SECURITIES INC., UBS :
SECURITIES LLC, MIZUHO SECURITIES :
USA LLC, AND CLSA LIMITED :
:
                Defendants. :

―――――――――――――――――――――――― x

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(i)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff David Choi hereby voluntarily dismisses his claims without prejudice to his ability to participate in this action as an absent class member.  Mr. Choi's counsel is also concurrently filing a withdrawal of appearance in this action.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  August 29, 2023                ROBBINS GELLER RUDMAN
    & DOWD LLP
SAMUEL H. RUDMAN


*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Counsel for Plaintiff David Choi

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 29, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      s/ Samuel H. Rudman
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  srudman@rgrdlaw.com

# Mailing Information for a Case 1:22-cv-07309-VSB Choi v. Coupang, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Justin David D'Aloia**
  jdaloia@pomlaw.com,tsayre@pomlaw.com

- **Dolgora Dorzhieva**
  ddorzhieva@pomlaw.com,mtjohnston@pomlaw.com,egoodman@pomlaw.com

- **Andrew James Ehrlich**
  aehrlich@paulweiss.com,mao_fednational@paulweiss.com

- **Emma Gilmore**
  egilmore@pomlaw.com,tsayre@pomlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com,managing-attorney-5081@ecf.pacerpro.com,daniel-lewis-6070@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,mtjohnston@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Kim Elaine Miller**
  kim miller@ksfcounsel.com,matthew.woodard@ksfcounsel.com,dawn hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Shiah Sinnreich**
  dsinnreich@paulweiss.com,mao_fednational@paulweiss.com

- **Elizabeth Johnson Stewart**
  elizabeth.stewart@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,elizabeth-stewart-0821@ecf.pacerpro.com,manattyoffice@shearman.com

- **Brette Morgan Tannenbaum**
  btannenbaum@paulweiss.com,mao_fednational@paulweiss.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`