UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, THE NEW YORK CITY POLICE PENSION FUND, THE NEW YORK CITY FIRE DEPARTMENT PENSION FUND, THE BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE NEW YORK CITY DEFERRED COMPENSATION PLAN, and THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK VARIABLE ANNUITY PROGRAM, individually and on behalf of all others similarly situated, <br><br>                                        Plaintiffs, <br><br>                 - v. - <br><br>COUPANG, INC., BOM SUK KIM, GAURAV ANAND, MICHAEL PARKER, MATTHEW CHRISTENSEN, LYDIA JETT, NEIL MEHTA, BENJAMIN SUN, KEVIN WARSH, HARRY YOU, GOLDMAN SACHS & CO. LLC, ALLEN & COMPANY LLC, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, MIZUHO SECURITIES USA LLC, and CLSA LIMITED, <br><br>                                        Defendants. | No. 1:22-cv-07309-VSB |

## NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel S. Sinnreich, and subject to the approval of the Court, Daniel S. Sinnreich hereby withdraws as counsel for Defendants Coupang, Inc., Bom Suk Kim, Gaurav Anand, Michael Parker, Matthew Christensen, Lydia Jett, Neil Mehta, Benjamin Sun, Kevin Warsh, and Harry You (the "Coupang Defendants"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification

list in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the Coupang Defendants in this proceeding.

| | |
|---|---|
| Dated: October 11, 2023<br>        New York, New York | Respectfully submitted, |
| SO ORDERED:  10/12/2023 | By: */s/ Daniel S. Sinnreich*<br>    Daniel S. Sinnreich |

Vernon S. Broderick
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, THE NEW YORK CITY POLICE PENSION FUND, THE NEW YORK CITY FIRE DEPARTMENT PENSION FUND, THE BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE NEW YORK CITY DEFERRED COMPENSATION PLAN, and THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK VARIABLE ANNUITY PROGRAM, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>- v. -<br><br>COUPANG, INC., BOM SUK KIM, GAURAV ANAND, MICHAEL PARKER, MATTHEW CHRISTENSEN, LYDIA JETT, NEIL MEHTA, BENJAMIN SUN, KEVIN WARSH, HARRY YOU, GOLDMAN SACHS & CO. LLC, ALLEN & COMPANY LLC, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, MIZUHO SECURITIES USA LLC, and CLSA LIMITED,<br><br>                                    Defendants. | No. 1:22-cv-07309-VSB |

## DECLARATION OF DANIEL S. SINNREICH

Daniel S. Sinnreich, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Defendants Coupang, Inc., Bom Suk Kim, Gaurav Anand, Michael Parker, Matthew Christensen, Lydia Jett, Neil Mehta, Benjamin Sun, Kevin Warsh, and Harry You (the "Coupang Defendants") in the above-captioned case. I submit this declaration in compliance

3

with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent the Coupang Defendants.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2023                                By: /s/ *Daniel S. Sinnreich*
New York, New York                                                   Daniel S. Sinnreich

**CERTIFICATE OF SERVICE**

  I, Daniel S. Sinnreich, hereby certify that on October 11, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my clients via email.

| | |
|---|---|
| October 11, 2021<br>New York, New York | /s/ *Daniel S. Sinnreich*<br>Daniel S. Sinnreich |