```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NEW YORK CITY PUBLIC PENSION                                :
FUNDS, individually and on behalf of all                    :
others similarly situated, et al.,                          :
                                                            :
                                                            :        22-CV-7309 (VSB)
                                          Plaintiffs,       :
                                                            :               ORDER
                                                            :
                   - against -                              :
                                                            :
COUPANG, INC., et al.,                                      :
                                                            :
                                                            :
                                          Defendants.       :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

The Amended Complaint in this action brings claims against Goldman Sachs & Co. LLC, Allen & Company LLC, J.P. Morgan Securities LLC, Citigroup Global Markets Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities Inc., UBS Securities LLC, and Mizuho Securities USA LLC, and CLSA Limited, (collectively, the "Underwriter Defendants"). (Doc. 50.) On July 27, 2023, Shearman & Sterling LLP filed a Notice of Appearance on behalf of all Underwriter Defendants, except CLSA Limited. (Docs. 65–66.) The July 28, 2023 motion to dismiss and supporting memorandum of law, (Docs. 69–70), do not list Goldman Sachs & Co. LLC, Allen & Company LLC, J.P. Morgan Securities LLC, or CLSA Limited as moving to dismiss the Amended Complaint. Nonetheless, the November 17, 2023 reply memorandum of law, (Doc. 85), is signed by Shearman & Sterling LLP as "Counsel for the Underwriter Defendants." On May 3, 2024, Allen Overy Shearman & Sterling US LLP filed a Notice of Change of Firm Name and Email Addresses on behalf of the Underwriter Defendants. (Doc. 86.)

ORDERED that, no later than August 29, 2025, the Underwriter Defendants shall file a letter clarifying the status of representation, including whether Allen Overy Shearman & Sterling

US LLP also represents CLSA Limited and whether I should deem the motion to dismiss as having been brought on behalf of all Defendants.

    IT IS FURTHER ORDERED that, no later than August 29, 2025, the Underwriter Defendants shall file a new notice of appearance, if necessary, on behalf of all Underwriter Defendants.

SO ORDERED.

Dated:   August 22, 2025
           New York, New York

Vernon S. Broderick
United States District Judge