**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NEW YORK CITY PUBLIC PENSION
FUNDS, individually and on behalf of all
others similarly situated, et al.,

                       Plaintiffs,

     -against-                                   22 **CIVIL** 7309 (VSB)

                                                        **JUDGMENT**

COUPANG, INC., et al.,

                       Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2025, Defendants' motion to dismiss is GRANTED and Plaintiffs' Amended Complaint is DISMISSED with prejudice and without leave to amend; accordingly, the case is closed.

**Dated:** New York, New York

       September 10, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                                **BY:**

                                                           **Deputy Clerk**